# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 11-81715  
**Debtor Name:** PALMQUIST, PEGGY K.

Page: 1

**Date:** January 4, 2012  
**Time:** 03:24:30 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
| | Funds on Hand | | | | | | $14,825.59 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 219.88 | 0.00 | 219.88 | 219.88 | 14,605.71 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 4,182.50 | 0.00 | 4,182.50 | 4,182.50 | 10,423.21 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 6,750.02 | 0.00 | 6,750.02 | 6,750.02 | 3,673.19 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 11,152.40 | 0.00 | 11,152.40 | 11,152.40 | |
| 2P | Internal Revenue Service | Priority | 11,549.58 | 0.00 | 11,549.58 | 548.41 | 3,124.78 |
| 8 | Illinois Department of Revenue | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 3,124.78 |
| 15 | Internal Revenue Service | Priority | 27,853.01 | 0.00 | 27,853.01 | 1,322.54 | 1,802.24 |
| 20P | Illinois Department of Revenue | Priority | 37,955.86 | 0.00 | 37,955.86 | 1,802.24 | 0.00 |
| | SUBTOTAL FOR | PRIORITY | 77,358.45 | 0.00 | 77,358.45 | 3,673.19 | |
| 11S | Scott H. Marcus & Assoc. | Secured | 7,946.33 | 0.00 | 7,946.33 | 0.00 | 0.00 |
| | SUBTOTAL FOR | SECURED | 7,946.33 | 0.00 | 7,946.33 | 0.00 | |
| 1 | Yellow Book Sales & Distribution | Unsecured | 1,505.08 | 0.00 | 1,505.08 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | Unsecured | 1,105.10 | 0.00 | 1,105.10 | 0.00 | 0.00 |
| 3 | Schneider, Leucht, Merwin & Cooney | Unsecured | 3,626.15 | 0.00 | 3,626.15 | 0.00 | 0.00 |
| 4 | Brown & Co. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | Gary Grimm | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | Frog Street Press, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | Windows by Anne | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | Capital One, N.A. | Unsecured | 368.82 | 0.00 | 368.82 | 0.00 | 0.00 |
| 10 | Capital One Bank (USA), N.A. | Unsecured | 5,267.81 | 0.00 | 5,267.81 | 0.00 | 0.00 |
| 11U | Scott H. Marcus & Assoc. | Unsecured | 25,690.05 | 0.00 | 25,690.05 | 0.00 | 0.00 |
| 12 | Artistic Embroidery Creations | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 | The Martin Co. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | Alvin & Co., Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | PYOD LLC as assignee of Citibank, NA | Unsecured | 6,042.78 | 0.00 | 6,042.78 | 0.00 | 0.00 |
| 17 | PNC Bank | Unsecured | 9,579.04 | 0.00 | 9,579.04 | 0.00 | 0.00 |
| 18 | GE Money Bank | Unsecured | 3,207.34 | 0.00 | 3,207.34 | 0.00 | 0.00 |
| 19 | FIA Card Services, NA/Bank of America | Unsecured | 15,011.08 | 0.00 | 15,011.08 | 0.00 | 0.00 |
| 20U | Illinois Department of Revenue | Unsecured | 5,127.49 | 0.00 | 5,127.49 | 0.00 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 76,530.74 | 0.00 | 76,530.74 | 0.00 | |

# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 11-81715　　　　　　　　　　Page: 2　　　　　　　　　　**Date:** January 4, 2012
**Debtor Name:** PALMQUIST, PEGGY K.　　　　　　　　　　　　　　　　**Time:** 03:24:30 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| **<< Totals >>** | | | 172,987.92 | 0.00 | 172,987.92 | 14,825.59 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Priority** | 4.748272% |
| **Secured** | 0.000000% |
| **Unsecured** | 0.000000% |