IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
PALMQUIST, PEGGY K.

CASE NO. 11-81715 MB

Judge MANUEL BARBOSA

Debtor(s)

## AMENDED TRUSTEE'S APPLICATION
## FOR COMPENSATION AND EXPENSES

TO:   HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
      FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
      WESTERN DIVISION

NOW COMES BERNARD J. NATALE, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,230.77** as compensation, and $0.00 for reimbursement of expenses, $6,750.02 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $164,615.82. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 4,500.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 5,730.79 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 11,480.79 | |

A description of the nature of the services performed by the Trustee is attached as Exhibit E-1

DATED: APRIL 17, 2012

** TRUSTEE VOLUNTARILY REDUCED COMMISSION TO INCREASE DISTRISBUTION TO CREDITORS.

/S/ BERNARD J NATALE

**EXHIBIT E-1**

**Bernard J Natale, Ltd**

6833 Stalter Drive, Suite 201
Rockford, IL 61108

Phone (815) 964-4700

| DATE |
|---|
| 4/17/2012 |

Peggy K Palmquist
% Bernard J Natale, Trustee
**Trustee Services**

| ACCT NO. | BALANCE DUE |
|---|---|
| 11.068 | $0.00 |

| DATE | DESCRIPTION | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|
| 05/08/2011 | Balance forward | | | 0.00 |
| 05/09/2011 | Telephone Conference with Karen Steiner of Alpine Bank Re: Trustee's Intentions on Sale of Property and Payment of 2nd Mortgage | 0.2 | 0.00 | 0.00 |
| 05/18/2011 | Review and Execute Exclusive Right to Sell Contract and Necessary Real Estate Listing Forms | 0.5 | 0.00 | 0.00 |
| 06/02/2011 | Preside at First Meeting of Creditors | 0.5 | 0.00 | 0.00 |
| 06/13/2011 | Receipt and Review Correspondence from Realtor, Janice Atchison, Re: Property Sales Status | 0.2 | 0.00 | 0.00 |
| 06/24/2011 | Telephone Conference with Realtor Re: Possible Closing Date and Names of Title Companies in the Area | 0.2 | 0.00 | 0.00 |
| 06/29/2011 | Receipt and Review Fax Correspondence from Attorney Murphy Re: Contract Modifications, Review Contract for Changes Re: Same, Reivew Titile Committment Re: Same | 0.4 | 0.00 | 0.00 |
| 07/05/2011 | Receipt and Review E-mail Correspondence from Realtor, Janice Atchison, with Enclosed FHA Disclosures Manadorty Clause Real Estate Certification, Review and Execute Same | 0.4 | 0.00 | 0.00 |
| 07/05/2011 | Receipt and Review E-mail Correspondence from Realtor, Janice Atchison, Re: Appraisal Scheduling | 0.2 | 0.00 | 0.00 |
| 07/06/2011 | Receipt and Review Fax Correspondence from Attorney Murphy Re: Closing Date Changes | 0.2 | 0.00 | 0.00 |
| 07/13/2011 | Receipt and Review Chicago Title Insurance Company Statement | 0.2 | 0.00 | 0.00 |
| 07/22/2011 | Set-up Bank Account to Obtain FEIN in Preparation for Closing | 0.25 | 0.00 | 0.00 |
| 07/25/2011 | Receipt and Review E-mail Correspondence Re: Well and Septic Inspection with Enclosures | 0.4 | 0.00 | 0.00 |

| E-mail | natalelaw@bjnatalelaw.com | BALANCE DUE |
|---|---|---|
| | | $0.00 |

# Bernard J Natale, Ltd

**6833 Stalter Drive, Suite 201**
**Rockford, IL 61108**

Phone (815) 964-4700

| DATE |
|---|
| 4/17/2012 |

Peggy K Palmquist
% Bernard J Natale, Trustee
Trustee Services

| ACCT NO. | BALANCE DUE |
|---|---|
| 11.068 | $0.00 |

| DATE | DESCRIPTION | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|
| 07/26/2011 | Receipt, Review, Execute and Fax Back Extension Request | 0.4 | 0.00 | 0.00 |
| 08/01/2011 | Receipt and Review Fax Correspondence from Attorney Murphy Re: Extension of Time on Mortgage Contingency and Closing | 0.2 | 0.00 | 0.00 |
| 08/09/2011 | Attendance at Real Estate Closing in Crystal Lake, IL | 2 | 0.00 | 0.00 |
| 08/10/2011 | Record Receipts of Funds from Closing on Real Estate, Deposit of Funds | 0.4 | 0.00 | 0.00 |
| 08/11/2011 | Receipt, Review and Reconcile Monthly Bank Statement | 0.35 | 0.00 | 0.00 |
| 08/12/2011 | Receipt and Review Correspondence from Pierce & Associates Re: Payment in Full and Withdrawal of Claim | 0.2 | 0.00 | 0.00 |
| 08/15/2011 | Preparation of Trustee's Report of Sale Re: Real Estate | 1 | 0.00 | 0.00 |
| 08/15/2011 | Correspondence to Attorney Stevens with Enclosed Payment of Debtor's Homestead Exemption | 0.25 | 0.00 | 0.00 |
| 08/24/2011 | Receipt and Deposit of Funds from Alpine Bank Re: Overpayment of Pay-off of Mortgage | 0.25 | 0.00 | 0.00 |
| 09/08/2011 | Review and Reconcile Bank Statement | 0.25 | 0.00 | 0.00 |
| 10/04/2011 | Examine Proof of Claims | 1.25 | 0.00 | 0.00 |
| 10/14/2011 | Receipt, Review and Reconcile Bank Statement | 0.35 | 0.00 | 0.00 |
| 11/30/2011 | Review File, Prepare and Execute Trustee's Final Report | 1.75 | 0.00 | 0.00 |
| 01/04/2012 | Court Appearance Re: Trustee's Final Report | 1 | 6,750.02 | 6,750.02 |
| 01/04/2012 | Close Bank Account and Transfer Funds, Prepare and Execute Amended Distribution Report for Submission to U S Trustee's Office for Approval | 1.35 | 0.00 | 6,750.02 |
| 01/05/2012 | PMT #101. Pymt of Trte Fees | | -6,750.02 | 0.00 |
| 01/06/2012 | Prepare and Execute Claim Checks Distribution | 1.15 | 0.00 | 0.00 |

| E-mail | natalelaw@bjnatalelaw.com |
|---|---|

| BALANCE DUE |
|---|
| $0.00 |

## Bernard J Natale, Ltd

**6833 Stalter Drive, Suite 201**
**Rockford, IL 61108**

Phone (815) 964-4700

| DATE |
|---|
| 4/17/2012 |

Peggy K Palmquist
% Bernard J Natale, Trustee
Trustee Services

| ACCT NO. | BALANCE DUE |
|---|---|
| 11.068 | $0.00 |

| DATE | DESCRIPTION | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|
| 01/27/2012 | Receipt and Review Correspondence from Attorney Rodriguez with Enclosed Death Certificate | 0.4 | 0.00 | 0.00 |
| 02/02/2012 | Correspondence to Northwestern Mutual with Enclosed Beneficiary Claim Statement and Death Certificate | 0.35 | 0.00 | 0.00 |
| 04/17/2012 | Review File, Prepare and Execute Trustee's Amended Final Report | 1.15 | 0.00 | 0.00 |
| 05/09/2012 | Court Appearance Re: Trustee's Amended Final Report | 1 | 0.00 | 0.00 |
| 05/09/2012 | Prepare and Execute Claim Check Distribution | 1 | 0.00 | 0.00 |
| 07/09/2012 | Review File, Prepare and Execute Trutsee's Final Account | 1.75 | 0.00 | 0.00 |

| E-mail | natalelaw@bjnatalelaw.com |
|---|---|

| BALANCE DUE |
|---|
| $0.00 |