**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PALMQUIST, PEGGY K. | § Case No. 11-81715 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/21/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 04/26/2012  By: /s/BERNARD J. NATALE
                                                  Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PALMQUIST, PEGGY K. § Case No. 11-81715
§
§
Debtor(s) §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 179,621.15 |
| *and approved disbursements of* | $ 155,005.90 |
| *leaving a balance on hand of* [1] | $ 24,615.25 |

**Balance on hand:** $ 24,615.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11S | Scott H. Marcus & Assoc. | 7,946.33 | 7,946.33 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 24,615.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 7,980.79 | 6,750.02 | 1,230.77 |

Total to be paid for chapter 7 administration expenses: $ 1,230.77
Remaining balance: $ 23,384.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 23,384.48

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $77,358.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 11,549.58 | 548.41 | 3,491.29 |
| 8 | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 15 | Internal Revenue Service | 27,853.01 | 1,322.54 | 8,419.61 |
| 20P | Illinois Department of Revenue | 37,955.86 | 1,802.24 | 11,473.58 |

Total to be paid for priority claims:    $    23,384.48
Remaining balance:    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,530.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | 1,505.08 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 1,105.10 | 0.00 | 0.00 |
| 3 | Schneider, Leucht, Merwin & Cooney | 3,626.15 | 0.00 | 0.00 |
| 4 | Brown & Co. | 0.00 | 0.00 | 0.00 |
| 5 | Gary Grimm | 0.00 | 0.00 | 0.00 |
| 6 | Frog Street Press, Inc. | 0.00 | 0.00 | 0.00 |
| 7 | Windows by Anne | 0.00 | 0.00 | 0.00 |
| 9 | Capital One, N.A. | 368.82 | 0.00 | 0.00 |
| 10 | Capital One Bank (USA), N.A. | 5,267.81 | 0.00 | 0.00 |
| 11U | Scott H. Marcus & Assoc. | 25,690.05 | 0.00 | 0.00 |
| 12 | Artistic Embroidery Creations | 0.00 | 0.00 | 0.00 |
| 13 | The Martin Co. | 0.00 | 0.00 | 0.00 |
| 14 | Alvin & Co., Inc. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 16 | PYOD LLC as assignee of Citibank, NA | 6,042.78 | 0.00 | 0.00 |
| 17 | PNC Bank | 9,579.04 | 0.00 | 0.00 |
| 18 | GE Money Bank | 3,207.34 | 0.00 | 0.00 |
| 19 | FIA Card Services, NA/Bank of America | 15,011.08 | 0.00 | 0.00 |
| 20U | Illinois Department of Revenue | 5,127.49 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $      0.00
Remaining balance:  $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $      0.00
Remaining balance:  $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims:  $      0.00
Remaining balance:  $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 11-81715-MB
Peggy K. Palmquist                                                      Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: cbachman              Page 1 of 4                  Date Rcvd: Apr 27, 2012
                              Form ID: pdf006             Total Noticed: 102


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2012.
db           #+Peggy K. Palmquist,    12421 Cooney Drive,    Woodstock, IL 60098-8624
17140226      +A.T. Cross Company,    12 Forge Park Drive,    Franklin, MA 02038-3157
17140232       AT&T,   POB 8100,    Aurora, IL 60507-8100
17140234      +AT&T Mobility,    POB 6416,   Carol Stream, IL 60197-6416
17140236       AX,   POB 0001,   Los Angeles, CA 90096-8000
17140227      +Advanced Neurological Care,    615 Dakota St., Suite A,    Crystal Lake, IL 60012-3732
17140228      +Alpine Bank,    1700 North Alpine Road,    Rockford, IL 61107-1459
17140229      +Alvin & Co., Inc.,    1335 Blue Hills Avenue,    Bloomfield, CT 06002-1300
17140230      +Artistic Embroidery Creations,    5203 Home Avenue,    McHenry, IL 60050-3456
17140231      +Arun Narang and Sunita NarangMD,    POB 370,   Hancock Drive,    Wonder Lake, IL 60097-0370
17140235      +Attorney James Campion,    8600 US Hwy 14, Suite 201,    Crystal Lake, IL 60012-2700
17140237      +B & B Lawn Service,    POB 1703,   Woodstock, IL 60098-1703
17140238       Bank of America,    POB 982238,   El Paso, TX 79998-2238
17140239      +Brown & Co.,   POB 728,    Woodstock, IL 60098-0728
17140240      +Business Graphics,    955 Dieckman Street,    Woodstock, IL 60098-9262
17140241       Caine & Weiner,    11699 E. Woodfield Drive,    Schaumburg, IL 60173
17140242       Calligraphy Originals,    N6096 Highway W,   Portage, WI 53901
17140243      +Campion, Curran, Dunlop,    8600 US Hwy 14 Suite 201,    Crystal Lake, IL 60012-2700
17140244      +Canon Business Solutions,    15004 Collectino Center Drive,    Chicago, IL 60693-0150
17140245      +Canon Financial Services,    14904 Collections Center Drive,    Chicago, IL 60693-0149
17140246      +Capital One,   POB 6492,    Carol Stream, IL 60197-6492
17140247      +Capital One Bank,    POB 30285,   Salt Lake City, UT 84130-0285
17487470      +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
17140248      +Cardmember Services,    BP Amoco,   POB 15153,   Wilmington, DE 19886-5153
17140249      +Carlson Craft,    POB 8700,   Mankato, MN 56002-8700
17140250      +Centegra Hospital - McHenry,    POB 1447,   Woodstock, IL 60098-1447
17140251       Chase,   POB 15153,    Wilmington, DE 19886-5153
17140252      +Citicards,    c/o Phillips & Cohen,    1002 Justison St.,    Wilmington, DE 19801-5148
17140253       Citicorp Credit Services,    12502 Lakefront Place,    Louisville, KY 40299
17140254       ComEd,   POB 61111,    Carol Stream, IL 60197
17140256      +Comprehensive Urological Care,    22285 Pepper Road,    Barrington, IL 60010-2540
17140257       DCM Services, LLC,    POB 1420,   Minneapolis, MN 55440-1420
17140265       DFS Business Forms,    POB 88042,   Chicago, IL 60680-1042
17140258       Debt Collector,    POB 371100,   Milwaukee, WI 53237-2200
17140260       Debt Collector Americollect,    POB 1566,   Manitowoc, WI 54221-1566
17140261       Debt Collector H & R Accounts,    7017 John Deere Parkway,    POB 672,   Moline, IL 61266-0672
17140262      +Debt Collector Medical Recovery Spe,    2250 E. Devon Avenue, Suite 352,
                Des Plaines, IL 60018-4521
17140263      +Debt Collector Nationwide,    815 Commerce Drive, Suite 100,    Oak Brook, IL 60523-8839
17140264      +Dex One,   POB 9001401,    Louisville, KY 40290-1401
17140266      +Discount Labels, LLC,    POB 709,   4115 Profit Court,    New Albany, IN 47150-7207
17140268       First Data,    POB 600,   Hagerstown, MD 21741
17140269      +Fox Valley Hematology & Oncology Lt,    1710 No. Randall Rd., Suite 300,    Elgin, IL 60123-9405
17140270      +Frog Street Press, Inc.,    800 Industrial Blvd., suite 100,    Grapevine, TX 76051-8634
17140271      +Gary Grimm,    POB 378,   Carthage, IL 62321-0378
17140272      +Goodhope Bags,    5911 Schaefer Avenue,    Chino, CA 91710-7044
17140273      +Gordon Flesch Co.,    POB 992,   Madison, WI 53701-0992
17140275      +Harris Bank,    POB 6201,   Carol Stream, IL 60197-6201
17140274      +Harris Bank,    111 West Monroe Street,    Chicago, IL 60603-4095
17140276      +House of Doolittle,    1751 Nicholas Blvd.,    Elk Grove Village, IL 60007-5901
17140277      +IL Dept of Employment Security,    POB 802551,    Chicago, IL 60680-2551
17772163       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
17140278       Illinois Department of Revenue,    POB 19035,   Springfield, IL 62794-9035
17479470      +Illinois Department of Revenue,    c/o Richard J. Doden, Revenue,    Collection Officer District 04,
                200 So. Wyman, Suite 306,    Rockford, IL 61101-1234
17140279      +Integra Business Systems,    POB 5743,   3030 Forest View Road,    Rockford, IL 61109-1640
17140282      +Lake/McHenry Pathology Associates,    520 E. 22nd St.,    Lombard, IL 60148-6110
17140283      +Learning Resources,    380 No. Fairway Drive,    Vernon Hills, IL 60061-1836
17140285      +Mastergraphics,    POB 259508,   Madison, WI 53725-9508
17140286      +McHenry Radiologists,    POB 220,   Mchenry, IL 60051-0220
17140287      +Mercy Health System,    POB 5003,   Janesville, WI 53547-5003
17140288       Midwest Radiation Oncology Consult,    POB 327,   Elgin, IL 60121-0327
17140289      +Mohawk Stamp Co.,    POB 3128,   Milwaukee, WI 53201-3128
17140290      +Monogram Markets,    4612 Somerset Ct.,    Woodstock, IL 60098-8313
17140291      +Moraine Emeregency Physicians,    POB 8759,   Philadelphia, PA 19101-8759
17140292       Moraine Emergency,    POB 8759,   Philadelphia, PA 19101-8759
17140295      +NIGas,   POB 0632,    Aurora, IL 60507-0632
17140293      +Navitor,    POB 927,   Waynesboro, PA 17268-0927
17140296      +Nihan & Nihan,    211 Dean Street, Suite 2B,    Woodstock, IL 60098-3287
17140297       Northwest Herald,    POB 250,   Crystal Lake, IL 60039-0250
17706914      +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
17140299      +PNC Bank,    POB 856177,   Louisville, KY 40285-6177
17140298       Payne Publishers,    8707 Est Quarry Road,    Manassas, VA 20110
17140300      +Pulmonary & Sleep Medicine,    2971 W. Algonquin Rd., Sutie 104,    Algonquin, IL 60102-9407
```

```
District/off: 0752-3          User: cbachman              Page 2 of 4                   Date Rcvd: Apr 27, 2012
                              Form ID: pdf006             Total Noticed: 102


17140305     ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
              (address filed with court: Rush University Medical Group,    75 Remittancer Dr., Suite 1611,
               Chicago, IL 60675)
17140301     +Rauch-Milliken,    POB 8390,    Metairie, LA 70011-8390
17140302     +Receivable Management Corp.,    400 W. Cummings Park Ste 4450,    Woburn, MA 01801-6594
17140303     +Rockford Map Publishers,    POB 6226,   Rockford, IL 61125-1226
17140304     +Rush Uiversity Medical Center,    1700 W. Van Buren St, Suite 161,    Chicago, IL 60612-3228
17140307     +Schneider, Leucht, Merwin & Cooney,    POB 22,    1211 No. Seminary,    Woodstock, IL 60098-2740
17540380     +Scott H. Marcus & Assoc.,    121 Johnson Rd.,    Turnersville, NJ 08012-1758
17140308     +Spc Products,    POB 222,    Ortonville, MI 48462-0222
17140310      Town Square Anesthesia, LLC,    Treasury Center,    Chicago, IL 60694-9300
17140311     +U.S. Bank,    POB 21948,    Saint Paul, MN 55121-0948
17140313     +UPS,   POB 577,    Carol Stream, IL 60132-0001
17140314     +Viking Management,    c/o Dennis McKay,    POB 494,    Woodstock, IL 60098-0494
17140315     +Wilson Team Sports,    8750 W. Bryn Maw,    Chicago, IL 60631-3721
17140316     +Windows by Anne,    13181 Hickory Lane,    Woodstock, IL 60098-3617
17140317     +Woodstock Independent,    671 E. Calhoun St.,    Woodstock, IL 60098-4262
17256027     +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
17140318     +Yellowbook,    POB 3162,    Cedar Rapids, IA 52406-3162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17490501      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2012 02:13:41      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
17140255     +E-mail/Text: legalcollections@comed.com Apr 28 2012 01:15:41      Commonealth Edison,   POB 6111,
               Carol Stream, IL 60197-6111
17140267     +E-mail/Text: kmoore@beacon-services.com Apr 28 2012 01:18:38      Estate Recoveries,    POB 15380,
               Middle River, MD 21220-0380
17768086      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2012 02:13:41
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
17751430      E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2012 02:18:23      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17140280     +E-mail/Text: cio.bncmail@irs.gov Apr 28 2012 00:44:58      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
17640453     +E-mail/Text: cio.bncmail@irs.gov Apr 28 2012 00:44:58      Internal Revenue Service,
               Attn:  E.L. Simms, Revenue Officer,    211 So. Court Street,    Rockford, IL 61101-1223
17140281     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 28 2012 00:48:53      Kohl's,    POB 2983,
               Milwaukee, WI 53201-2983
17140294     +E-mail/Text: bankrup@nicor.com Apr 28 2012 00:47:56      Nicor,   POB 416,    Aurora, IL 60568-0001
17685165     +E-mail/Text: resurgentbknotifications@resurgent.com Apr 28 2012 00:47:40
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17140306     +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2012 02:17:35      Sams/Discover,    POB 960013,
               Orlando, FL 32896-0013
17140309      E-mail/Text: kathymartinco@comcast.net Apr 28 2012 01:38:46      The Martin Co.,
               427 No. Ashland Avenue,    La Grange Park, IL 60526
17140312      E-mail/PDF: mstandefer@ussco.com Apr 28 2012 02:18:38      United Stationers,
               One Parkway North Blvd.,    Deerfield, IL 60015
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17140233*    +AT&T,   POB 8100,    Aurora, IL 60507-8100
17140259*    +Debt Collector,    POB 371100,    Milwaukee, WI 53237-2200
17140284   ##+M. Raza Khan MDSC,    505 North Avenue,    Barrington, IL 60010-3334
                                                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cbachman           Page 3 of 4            Date Rcvd: Apr 27, 2012
                              Form ID: pdf006          Total Noticed: 102
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2012**                    **Signature:**    *Joseph Speetjens*

Case 11-81715    Doc 53    Filed 04/27/12    Entered 04/29/12 23:39:04    Desc Imaged
Certificate of Notice    Page 10 of 10

```
District/off: 0752-3          User: cbachman              Page 4 of 4                  Date Rcvd: Apr 27, 2012
                              Form ID: pdf006             Total Noticed: 102
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2012 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          James E Stevens    on behalf of Debtor Peggy Palmquist jimstevens@bslbv.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
          Toni Dillon    on behalf of Creditor U.S. Bank, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

          TOTAL: 6

Case 11-81715    Doc 53    Filed 04/27/12    Entered 04/29/12 23:39:04    Desc Imaged
Certificate of Notice    Page 10 of 10