**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PALMQUIST, PEGGY K. | § Case No. 11-81715 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $214,955.00
*(without deducting any secured claims)*

Assets Exempt: $21,700.00

Total Distribution to Claimants: $133,370.18

Claims Discharged Without Payment: $251,425.81

Total Expenses of Administration: $31,250.97

---

    3) Total gross receipts of $ 179,621.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $164,621.15 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $134,623.00 | $114,258.84 | $114,258.84 | $106,312.51 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 34,750.97 | 31,250.97 | 31,250.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 47,210.00 | 95,185.41 | 77,358.45 | 27,057.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 161,743.09 | 83,763.46 | 76,530.74 | 0.00 |
| **TOTAL DISBURSEMENTS** | $343,576.09 | $327,958.68 | $299,399.00 | $164,621.15 |

4) This case was originally filed under Chapter 7 on April 15, 2011. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2012         By: /s/BERNARD J. NATALE
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 12421 Cooney, Woodstock, IL | 1110-000 | 155,005.33 |
| Proceeds from Deceased Mother's Life Ins | 1229-000 | 18,655.89 |
| Funds from Annuities of Deceased Mother | 1229-000 | 5,959.36 |
| Interest Income | 1270-000 | 0.57 |
| **TOTAL GROSS RECEIPTS** | | **$179,621.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Peggy K Palmquist | Debtor's Homestead Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11S | Scott H. Marcus & Assoc. | 4110-000 | N/A | 7,946.33 | 7,946.33 | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 32,623.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 4110-000 | 42,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| | Pierce & Associates | 4110-000 | N/A | 45,312.70 | 45,312.70 | 45,312.70 |
| | Alpine Bank | 4110-000 | N/A | 60,999.81 | 60,999.81 | 60,999.81 |
| **TOTAL SECURED CLAIMS** | | | **$134,623.00** | **$114,258.84** | **$114,258.84** | **$106,312.51** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 219.88 | 219.88 | 219.88 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 4,182.50 | 4,182.50 | 4,182.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 11,480.79 | 7,980.79 | 7,980.79 |
| Chicago Title and Trust Company | 3510-000 | N/A | 6,750.00 | 6,750.00 | 6,750.00 |
| Chicago Title and Trust Company | 2820-000 | N/A | 8,323.22 | 8,323.22 | 8,323.22 |
| Chicago Title and Trust Company | 2500-000 | N/A | 3,709.50 | 3,709.50 | 3,709.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.58 | 30.58 | 30.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.50 | 29.50 | 29.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$34,750.97** | **$31,250.97** | **$31,250.97** |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 11,549.58 | 11,549.58 | 4,039.70 |
| 8 | Illinois Department of Revenue | 5800-000 | 15,710.00 | 17,826.96 | 0.00 | 0.00 |
| 15 | Internal Revenue Service | 5800-000 | N/A | 27,853.01 | 27,853.01 | 9,742.15 |
| 20P | Illinois Department of Revenue | 5800-000 | 31,500.00 | 37,955.86 | 37,955.86 | 13,275.82 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$47,210.00** | **$95,185.41** | **$77,358.45** | **$27,057.67** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | 7100-000 | 1,505.08 | 1,505.08 | 1,505.08 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 1,105.10 | 1,105.10 | 0.00 |
| 3 | Schneider, Leucht, Merwin & Cooney | 7100-000 | 3,626.15 | 3,626.15 | 3,626.15 | 0.00 |
| 4 | Brown & Co. | 7100-000 | 4,364.37 | 4,364.37 | 0.00 | 0.00 |
| 5 | Gary Grimm | 7100-000 | 92.22 | 92.22 | 0.00 | 0.00 |
| 6 | Frog Street Press, Inc. | 7100-000 | 54.28 | 54.28 | 0.00 | 0.00 |
| 7 | Windows by Anne | 7100-000 | 960.00 | 1,045.00 | 0.00 | 0.00 |
| 9 | Capital One, N.A. | 7100-000 | 343.82 | 368.82 | 368.82 | 0.00 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | 5,267.81 | 5,267.81 | 5,267.81 | 0.00 |
| 11U | Scott H. Marcus & Assoc. | 7100-000 | N/A | 25,690.05 | 25,690.05 | 0.00 |
| 12 | Artistic Embroidery Creations | 7100-000 | 469.60 | 469.00 | 0.00 | 0.00 |
| 13 | The Martin Co. | 7100-000 | 861.34 | 850.05 | 0.00 | 0.00 |
| 14 | Alvin & Co., Inc. | 7100-000 | 350.86 | 357.80 | 0.00 | 0.00 |
| 16 | PYOD LLC as assignee of Citibank, NA | 7100-000 | 6,186.78 | 6,042.78 | 6,042.78 | 0.00 |
| 17 | PNC Bank | 7100-000 | 9,833.04 | 9,579.04 | 9,579.04 | 0.00 |
| 18 | GE Money Bank | 7100-000 | 3,233.45 | 3,207.34 | 3,207.34 | 0.00 |
| 19 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 15,011.08 | 15,011.08 | 0.00 |
| 20U | Illinois Department of Revenue | 7100-000 | N/A | 5,127.49 | 5,127.49 | 0.00 |
| NOTFILED | Midwest Radiation Oncology Consult | 7100-000 | 149.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake/McHenry Pathology Associates | 7100-000 | 478.00 | N/A | N/A | 0.00 |
| NOTFILED | Learning Resources | 7100-000 | 109.49 | N/A | N/A | 0.00 |
| NOTFILED | M. Raza Khan MDSC | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiologists | 7100-000 | 2,242.00 | N/A | N/A | 0.00 |
| NOTFILED | Mastergraphics | 7100-000 | 364.45 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 343.82 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 650.97 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Integra Business Systems | 7100-000 | 25.85 | N/A | N/A | 0.00 |
| NOTFILED | DFS Business Forms | 7100-000 | 165.59 | N/A | N/A | 0.00 |
| NOTFILED | Comprehensive Urological Care | 7100-000 | 171.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dex One | 7100-000 | 1,513.46 | N/A | N/A | 0.00 |
| NOTFILED | Discount Labels, LLC | 7100-000 | 150.95 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Hematology & Oncology Lt | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | First Data | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midwest Radiation Oncology Consult | 7100-000 | 1,162.00 | N/A | N/A | 0.00 |
| NOTFILED | Goodhope Bags | 7100-000 | 98.11 | N/A | N/A | 0.00 |
| NOTFILED | Gordon Flesch Co. | 7100-000 | 288.00 | N/A | N/A | 0.00 |
| NOTFILED | House of Doolittle | 7100-000 | 278.80 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency | 7100-000 | 1,230.00 | N/A | N/A | 0.00 |
| NOTFILED | Mohawk Stamp Co. | 7100-000 | 802.12 | N/A | N/A | 0.00 |
| NOTFILED | Pulmonary & Sleep Medicine | 7100-000 | 1,270.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Herald | 7100-000 | 954.27 | N/A | N/A | 0.00 |
| NOTFILED | Payne Publishers | 7100-000 | 367.44 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Map Publishers | 7100-000 | 243.00 | N/A | N/A | 0.00 |
| NOTFILED | United Stationers One Parkway North Blvd. | 7100-000 | 7,183.97 | N/A | N/A | 0.00 |
| NOTFILED | Spc Products | 7100-000 | 109.06 | N/A | N/A | 0.00 |
| NOTFILED | Rush Uiversity Medical Center | 7100-000 | 1,248.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush University Medical Group | 7100-000 | 192.00 | N/A | N/A | 0.00 |
| NOTFILED | Nihan & Nihan | 7100-000 | 435.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 291.17 | N/A | N/A | 0.00 |
| NOTFILED | NIGas | 7100-000 | 291.17 | N/A | N/A | 0.00 |
| NOTFILED | Woodstock Independent | 7100-000 | 1,006.34 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emeregency Physicians | 7100-000 | 1,182.00 | N/A | N/A | 0.00 |
| NOTFILED | Town Square Anesthesia, LLC Treasury Center | 7100-000 | 1,440.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonealth Edison | 7100-000 | 143.32 | N/A | N/A | 0.00 |
| NOTFILED | Wilson Team Sports | 7100-000 | 852.56 | N/A | N/A | 0.00 |
| NOTFILED | Navitor | 7100-000 | 50.04 | N/A | N/A | 0.00 |
| NOTFILED | Viking Management c/o Dennis McKay | 7100-000 | 21,315.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 50.18 | N/A | N/A | 0.00 |
| NOTFILED | Monogram Markets | 7100-000 | 222.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlson Craft | 7100-000 | 2,004.00 | N/A | N/A | 0.00 |
| NOTFILED | A.T. Cross Company | 7100-000 | 212.66 | N/A | N/A | 0.00 |
| NOTFILED | IL Dept of Employment Security | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Neurological Care | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AT&T | 7100-000 | 22.34 | N/A | N/A | 0.00 |
| NOTFILED | Arun Narang and Sunita NarangMD | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Canon Financial Services | 7100-000 | 2,429.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 11,438.92 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - McHenry | 7100-000 | 1,216.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - McHenry | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 814.22 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,957.89 | N/A | N/A | 0.00 |
| NOTFILED | Citicards c/o Phillips & Cohen | 7100-000 | 16,265.61 | N/A | N/A | 0.00 |
| NOTFILED | Canon Financial Services | 7100-000 | 1,047.60 | N/A | N/A | 0.00 |
| NOTFILED | Campion, Curran, Dunlop | 7100-000 | 1,860.00 | N/A | N/A | 0.00 |
| NOTFILED | Canon Business Solutions | 7100-000 | 862.51 | N/A | N/A | 0.00 |
| NOTFILED | Attorney James Campion | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 408.89 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 40.02 | N/A | N/A | 0.00 |
| NOTFILED | AX | 7100-000 | 6,597.97 | N/A | N/A | 0.00 |
| NOTFILED | B & B Lawn Service | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Calligraphy Originals | 7100-000 | 90.43 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 15,371.08 | N/A | N/A | 0.00 |
| NOTFILED | Business Graphics | 7100-000 | 537.70 | N/A | N/A | 0.00 |
| NOTFILED | Commonealth Edison | 7100-000 | 143.32 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $161,743.09 | $83,763.46 | $76,530.74 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81715  
**Case Name:** PALMQUIST, PEGGY K.  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/15/11 (f)  
**§341(a) Meeting Date:** 06/02/11  

**Period Ending:** 07/23/12  
**Claims Bar Date:** 09/08/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12421 Cooney, Woodstock, IL | 200,000.00 | 36,000.00 | DA | 155,005.33 | FA |
| 2 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account | 900.00 | 0.00 | DA | 0.00 | FA |
| 4 | Commonwealth Edison (business) | 1,155.00 | 0.00 | DA | 0.00 | FA |
| 5 | misc. furnishings | 1,500.00 | 200.00 | DA | 0.00 | FA |
| 6 | used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | PO Knuth Company Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Pacifica | 7,000.00 | 1,150.00 | DA | 0.00 | FA |
| 9 | store fixtures | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | inventory | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Proceeds from Deceased Mother's Life Ins  (u) | 0.00 | 18,655.89 | | 18,655.89 | 0.00 |
| 12 | Funds from Annuities of Deceased Mother  (u) | 0.00 | 5,959.36 | | 5,959.36 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.57 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$214,955.00** | **$61,965.25** | | **$179,621.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/17/12 AMENDED TFR FILED DUE TO ADDITIONAL FUNDS BEING RECEIVED FROM INHERITANCE FROM DEATH OF DEBTOR'S MOTHER.

FINAL REPORT FILED.  TRUSTEE SUBSEQUENTLY DISCOVERED OTHER ASSETS AND IS INVESTIGATING POSSIBLE INSURANCE RECOVERY.  IF SUCESSFUL TRUSTEE WILL MAKE SUPPLEMENTAL DISTRIBUTION.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011    **Current Projected Date Of Final Report (TFR):**    April 17, 2012  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-81715  
**Case Name:** PALMQUIST, PEGGY K.  
**Taxpayer ID #:** **-***1407  
**Period Ending:** 07/23/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/11 | | Chicago Title and Trust Company | Proceeeds from sale of real estate | | 14,904.77 | | 14,904.77 |
| | {1} | | 155,000.00 | 1110-000 | | | 14,904.77 |
| | | Peggy K Palmquist | Debtor's Homestead Exemption  -15,000.00 | 8100-002 | | | 14,904.77 |
| | | Pierce & Associates | 1st Mortgage Pay-off U S Bank NA  -45,312.70 | 4110-000 | | | 14,904.77 |
| | | Alpine Bank | 2nd Mortgage Pay-off Alpine Bank  -60,999.81 | 4110-000 | | | 14,904.77 |
| | | | Realtors Commission  -6,750.00 | 3510-000 | | | 14,904.77 |
| | | | -8,323.22 | 2820-000 | | | 14,904.77 |
| | | | -3,709.50 | 2500-000 | | | 14,904.77 |
| 08/23/11 | {1} | Alpine Bank | Overpayment of interest on loan payoff | 1110-002 | 5.33 | | 14,910.10 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 14,910.18 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,885.18 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,885.30 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.58 | 14,854.72 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,854.84 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.50 | 14,825.34 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,825.46 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.49 | 14,792.97 |
| 12/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -32.49 | 14,825.46 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,825.58 |
| 01/04/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 14,825.59 |
| 01/04/12 | | To Account #9200******7866 | Transfer for Final Distribution | 9999-000 | | 14,825.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,910.67 | 14,910.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,825.59 | |
| | | | **Subtotal** | | 14,910.67 | 85.08 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,910.67** | **$-14,914.92** | |

{} Asset reference(s)

Printed: 07/23/2012 04:26 PM    V.13.03

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-81715  
**Case Name:** PALMQUIST, PEGGY K.  
**Taxpayer ID #:** **-***1407  
**Period Ending:** 07/23/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/12 | | From Account #9200******7865 | Transfer for Final Distribution | 9999-000 | 14,825.59 | | 14,825.59 |
| 01/05/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $6,750.02, Trustee Compensation;  Reference: | 2100-000 | | 6,750.02 | 8,075.57 |
| 01/05/12 | 102 | Internal Revenue Service | Distribution paid  4.74% on $11,549.58; Claim# 2P; Filed: $11,549.58; Reference: 3022 INCOME TAX | 5800-000 | | 548.41 | 7,527.16 |
| 01/05/12 | 103 | Internal Revenue Service | Distribution paid  4.74% on $27,853.01; Claim# 15; Filed: $27,853.01; Reference: FEIN XX-XXX2832 | 5800-000 | | 1,322.54 | 6,204.62 |
| 01/05/12 | 104 | Illinois Department of Revenue | Distribution paid  4.74% on $37,955.86; Claim# 20P; Filed: $37,955.86; Reference: SSN XXX-XX-2677 | 5800-000 | | 1,802.24 | 4,402.38 |
| 01/05/12 | 105 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 4,402.38 | 0.00 |
| | | | Dividend paid 100.00%           4,182.50<br>on $4,182.50;  Claim#<br>ATTY; Filed: $4,182.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%             219.88<br>on $219.88;  Claim#<br>EXP; Filed: $219.88 | 3120-000 | | | 0.00 |
| 02/09/12 | {11} | Northwestern Mutual | Proceeds from Mother's Life Ins | 1229-000 | 18,655.89 | | 18,655.89 |
| 02/13/12 | {12} | Northwestern Mutual | Pymt on Annuity 19680378 | 1229-000 | 2,753.21 | | 21,409.10 |
| 02/13/12 | {12} | Northwestern Mutual | Pymt on Annuity 19680390 | 1229-000 | 3,206.15 | | 24,615.25 |
| 05/21/12 | 106 | BERNARD J. NATALE | Dividend paid 100.00% on $7,980.79, Trustee Compensation;  Reference: | 2100-000 | | 1,230.77 | 23,384.48 |
| 05/21/12 | 107 | Internal Revenue Service | Distribution paid  34.97% on $11,549.58; Claim# 2P; Filed: $11,549.58; Reference: 3022 INCOME TAX | 5800-000 | | 3,491.29 | 19,893.19 |
| 05/21/12 | 108 | Internal Revenue Service | Distribution paid  34.97% on $27,853.01; Claim# 15; Filed: $27,853.01; Reference: FEIN XX-XXX2832 | 5800-000 | | 8,419.61 | 11,473.58 |
| 05/21/12 | 109 | Illinois Department of Revenue | Distribution paid  34.97% on $37,955.86; Claim# 20P; Filed: $37,955.86; Reference: SSN XXX-XX-2677 | 5800-000 | | 11,473.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **39,440.84** | **39,440.84** | **$0.00** |
| | | | Less: Bank Transfers | | 14,825.59 | 0.00 | |
| | | | **Subtotal** | | **24,615.25** | **39,440.84** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,615.25** | **$39,440.84** | |

{} Asset reference(s)

Printed: 07/23/2012 04:26 PM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-81715 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | PALMQUIST, PEGGY K. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******78-66 - Checking Account |
| **Taxpayer ID #:** | **-***1407 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 07/23/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | |
|---|---|
| Net Receipts : | 39,525.92 |
| Plus Gross Adjustments : | 140,095.23 |
| Less Payments to Debtor : | 15,000.00 |
| Less Other Noncompensable Items : | 5.33 |
| Net Estate : | $164,615.82 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******78-65 | 14,910.67 | -14,914.92 | 0.00 |
| Checking # 9200-******78-66 | 24,615.25 | 39,440.84 | 0.00 |
| | $39,525.92 | $39,525.92 | $0.00 |

{} Asset reference(s)    Printed: 07/23/2012 04:26 PM    V.13.03